370 A.2d 1222

COMMONWEALTH of Pennsylvania

v.

Hector Manuel SANTIAGO, Appellant.

Superior Court of Pennsylvania.

Submitted Dec. 16, 1975.

Decided March 3, 1977.

Richard N. Beltzner, Assistant Public Defender, Reading, for appellant.

Grant E. Wesner, Deputy District Attorney, Reading, for appellee.

Before WATKINS, Presiding Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The judgment of sentence for possession of methamphetamine is reversed and as to that charge, appellant is discharged. *See Commonwealth v. Fortune*, 456 Pa. 365, 318 A.2d 327 (1974). The convictions of possession with intent to deliver heroin and criminal conspiracy are affirmed. However, the judgments of sentence imposed on those convictions are vacated and the record is remanded for resentencing. *See Commonwealth v. Staley*, 229 Pa. Super. 322, 324 A.2d 393 (1974).